FILED: May 3, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1395
(7:20-cv-01948-TMC)

_____

JAMILA GRICE, on behalf of herself and all others similarly situated

    Plaintiff - Appellant

v.

INDEPENDENT BANK

    Defendant - Appellee

---

This case has been opened on appeal.

| Originating Court | United States District Court for the District of South Carolina at Spartanburg |
|---|---|
| Originating Case Number | 7:20-cv-01948-TMC |
| Date notice of appeal filed in originating court: | 05/03/2024 |
| Appellant | Jamila Grice |
| Appellate Case Number | 24-1395 |
| Case Manager | Rachel Phillips<br>804-916-2702 |