FILED: May 3, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-153
(7:20-cv-01948-TMC)
_____

JAMILA GRICE, on behalf of herself and all others similarly situated

    Petitioner

v.

INDEPENDENT BANK

    Respondent

_____

O R D E R
_____

Upon consideration of submissions relative to the petition for permission to appeal, the court grants the petition. This case is transferred to the regular docket and assigned docket number 24-1395. The record shall be retained in the court below unless requested by this court.

A copy of this order shall be sent to the clerk of the district court.

    For the Court

    /s/ Nwamaka Anowi, Clerk